The People of the State of New York ex rel. Manhattan Storage & Warehouse Company, Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 59.]

In the Matter of Fred Mouakad, Individually and on Behalf of Other Tenants of Hotel Martinique, Inc., Similarly Situated, Respondent, against Paul L. Ross et al., Constituting the Temporary City Housing Rent Commission, et al., Appellants.— Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 74; *post,* p. 1033; 275 App. Div. 668.]

Mayer Bros. Poultry Farms v. Ely Meltzer, Individually and as President of the Poultry Shochtim Union of Greater New York, Local 370, an Unincorporated Association, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 169.]

Frances Arnold, as Administratrix of the Estate of John Arnold, Deceased, Respondent, v. Mayal Realty Company, Inc., et al., Defendants, and John J. Meenan, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Question certified. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 1.]

### (October 5, 1948.)

In the Matter of William T. Andrews, Appellant, against William J. Heffernan et al., as Members of the Board of Elections of the City of New York and as Members of the Board of Canvassers of the City and County of New York, et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for a recount granted on condition that the respondent Crump is allowed the right to require a recount in the remaining election districts. of the Twelfth Assembly District. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

### (October 8, 1948.)

In the Matter of James T. McNamara, Appellant, against William J. Heffernan et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [192 Misc. 967.] [See *post,* p. 880.]

### (October 9, 1948.)

In the Matter of Frances S. Connolly, Individually and on Behalf of All Other Electors of the City of New York, Similarly Situated, Appellant, and Saul Mills, Individually and as Secretary-Treasurer of the Greater New York Industrial Union Council, C.I.O., et al., Intervening Petitioners-Appellants, against Murray W. Stand, as City Clerk of the City of New York, et al., Respondents, and Robert W. Dowling, Intervening Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [192 Misc. 872.]